**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>RUSSELL ROBERT MODDISON,<br>Defendant. | CR-20-27-GF-BMM-JTJ<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 3, 2026. (Doc. 85.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on August 3, 2026. (Doc. 80.) The United States accused Russell Moddison (Moddison) of violating the conditions of his supervised release by: (1) failing to comply with mental health treatment on June 29, 2026; (2) failing to report to his probation officer on June 30, 2026, as instructed; (3) failing to report to his probation officer on July 7, 2026, as instructed; (4) failing to comply with substance abuse testing requirements on July 7, 2026; (5) being untruthful with his probation officer about maintaining employment and about where he was working during July of 2026; (6) failing to reside in a residence approved by his probation officer during July of 2026, by providing his probation officer with a false address, and with his whereabouts unknown since that time; (7) failing to comply with substance abuse testing requirements on July 9, 2026; (8) failing to comply with mental health treatment on July 10, 2026; and by: (9) being charged on July 14, 2026, by the Great Falls Police Department with the misdemeanor offense of Fleeing From or Eluding a Peace Officer in violation of Mont. Code. Ann. § 61-8-316. (Docs. 76 and 79.)

At the revocation hearings Moddison admitted that he had violated the conditions of supervised release 1-8 as set forth in the Amended Petition. The Government moved to dismiss alleged violation 9, which Judge Johnston dismissed. (Doc. 80.) Moddison was advised of his right to appeal and allocute before the undersigned. (*Id.*)

Judge Johnston recommended that Moddison be sentenced of 9 months of custody, followed by 29 months of supervised release to follow. (Doc. 85.)

The violations Moddison admitted proves serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 85) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Russell Robert Moddison be sentenced to 9 months of custody, followed by 29 months of supervised release.

DATED this 24th day of August 2026.

Brian Morris, Chief District Judge
United States District Courts